## STATE v. DANIEL MORRIS.

Court of Quarter Sessions. Kent. May 4, 1803.

*Rodney's Notes.*

*Fisher, Vandyke* [for State]. *Clayton* [for defendant].

Louder Carter, sworn. I found a pig in prisoner's possession. I took to be mine, he could not tell who he got it off. Wanted to make it up, said he did not know it was mine, etc.

Major Bright. Was with Morris when he took the pig.

Waitman Booth affirmed.

*Clayton.* We shall prove Bright brought the pig to Morris.

Polly Hammond for prisoner. Major Bright had a bag with a pig in it, said he had bought it.

Kitty Murphy.

Submitted to jury and verdict guilty, to have eleven lashes and restoration.